UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

Declaration of Caroline M. Mew

---

1. My name is Caroline M. Mew. I am more than twenty-one (21) years of age and am competent to make this declaration.

2. I am employed by Fulbright & Jaworski, L.L.P., and I am counsel for the National Conference of Bar Examiners ("NCBE").

3. The information sought by the subpoena submitted to this Court, requesting contact information for the user who posted copyrighted Multistate Bar Examination questions from the July 2006 exam, will only be used to protect the rights of NCBE in its copyrighted material.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2007.

_____
Caroline M. Mew

31309681.1